UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Case No.:  _____

Adv. No.:  _____

Hearing Date:  _____

Judge:  _____

v.

**ORDER TO SHOW CAUSE
FOR DISMISSAL OF ADVERSARY PROCEEDING
FOR LACK OF PROSECUTION**

The relief set forth on the following page is hereby **ORDERED**.

It appearing to the Court that no answer or motion in lieu of answer has been filed; and for good cause shown, it is

ORDERED that the plaintiff shall show cause on _____, 20 \_\_\_\_\_, \_\_\_\_ \_\_.m. in the United States Bankruptcy Court, _____, New Jersey, Courtroom number \_\_\_\_\_, before the Honorable _____ why this adversary proceeding should not be dismissed for lack of prosecution.  Appearances are required.

**This adversary proceeding will be dismissed if no appearance is made.**

Take further notice that if a request for entry of default, certification of service of the summons and complaint, certification in support of default judgment, and form of default judgment under Fed. R. Bankr. P. 7055 are filed no less than seven (7) days before the return date, no appearance shall be necessary and this order shall be vacated.

*Rev. 7/1/04; jml*